# CASE ANNOUNCEMENTS

*September 10, 2008*

[Cite as *09/10/2008 Case Announcements,* 2008-Ohio-4487.]

## MERIT DECISIONS WITHOUT OPINIONS

**2008–0575.   Zak v. Mentor.**
In Quo Warranto. On joint motion to dismiss. Motion to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1079.   State ex rel. Parker v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1083.   State ex rel. Sisson v. Hagan.**
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1135.   State ex rel. Hoang v. Court of Appeals, Ninth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1141.   State ex rel. Hill v. Myers.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1175.   State ex rel. Ealy v. Liston.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.
   LANZINGER, J., not participating.

**2008–1177.   State ex rel. McDonald v. Routson.**
In Mandamus. On motions to dismiss. Motions to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1192.   State ex rel. Bollar v. Court of Appeals, Seventh Appellate Dist.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
   MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.